1  CHARLES M. DYKE (CA State Bar No. 183900)
   cdyke@nixonpeabody.com
2  GREGORY E. SCHOPF (CA State Bar No. 122862)
   gschopf@nixonpeabody.com
3  MATTHEW J. FRANKEL (CA State Bar No. 256633)
   mfrankel@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
5  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
6  Facsimile: (415) 984-8300

7  Attorneys for Plaintiff
   HERTZ EQUIPMENT RENTAL COMPANY
8

9  JAMES E. SELL (CA State Bar No. 135935)
   jsell@partonsell.com
10 Parton | Sell | Rhoades
   A Professional Corporation
11 750 Lindaro St., Suite 140
   San Rafael, CA 94901
12 Telephone: (415) 258-9700
   Facsimile: (415) 258-9739
13

14 Attorneys for Defendant
   FRED KICENSKI
15

16                      UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

20 | HERTZ EQUIPMENT RENTAL COMPANY, a | Case No.: 3:10-cv-4953-WHA |

21 Delaware corporation,

**STIPULATION AND [~~PROPOSED~~] ORDER**
22 Plaintiff,
**REGARDING EXTENSION OF**
**TEMPORARY RESTRAINING ORDER,**
23 v.
**CONTINUANCE OF PRELIMINARY**
**INJUNCTION HEARING, AND**
24 RAMON USEDA, FRED KICENSKI, and DOES
**DISCOVERY AS TO DEFENDANT FRED**
1 through 20,
**KICENSKI**
25

26 Defendants.

Date of Filing:      November 2, 2010
Trial Date:          None set
27

28

1    Pursuant to Local Rules 6-2, 7-12 and 65-1(c), and Fed. R. Civ. P. 65(b)(2), Plaintiff Hertz

2    Equipment Rental Corporation ("HERC") and Defendant Fred Kicenski ("Kicenski"), by and through

3    their respective counsel, hereby stipulate and request that the Court enter an order as follows:

4    1.    WHEREAS, on November 2, 2010, the Court granted Plaintiff Hertz Equipment

5    Rental Corporation's *Ex Parte* Motion for (1) Temporary Restraining Order; (2) Order to Show

6    Cause re Preliminary Injunction; and (3) Expedited Discovery as to Kicenski by Order entered that

7    day (the "Order");

8    2.    WHEREAS, the Order set the preliminary injunction hearing with respect to Kicenski

9    for November 18, 2010, at 8:00 a.m.;

10   3.    WHEREAS, HERC served the Order and all supporting papers on Defendant Fred

11   Kicenski ("Kicenski") on November 2, 2010;

12   4.    WHEREAS, Counsel for Kicenski, James Sell of Parton Sell Rhoades, contacted

13   counsel for HERC, Charles Dyke of Nixon Peabody LLP, on or about November 3, 2010, and

14   counsel thereafter discussed the timing and substance of further proceedings in this matter, including

15   discovery;

16   5.    WHEREAS, in light of these discussions, Kicenski and HERC believe that a short

17   continuance of the preliminary injunction hearing will (a) permit both Kicenski and HERC to conduct

18   necessary discovery in advance of the hearing; (b) permit HERC and Kicenski to prepare more

19   effective and complete papers in support of their respective positions; and (c) further the interests of

20   justice.

21   6.    NOW, THEREFORE, KICENSKI AND HERC STIPULATE and agree to, and

22   respectfully request that the court enter, the following order:

23   (a)    The hearing on the preliminary injunction currently scheduled for November

24   18, 2010, shall be continued to December 2, 2010 at 8:00 a.m.

25   (b)    Kicenski shall file any papers in opposition to the preliminary injunction by

26   noon on November 19, 2010.  HERC shall file any reply papers by noon on

27   November 25, 2010.

28

- 1 -

STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING TRO, PRELIMINARY INJUNCTION HEARING, AND DISCOVERY                                                                 13229390.1

(c)     The deposition of Fred Kicenski shall go forward as currently set for Friday, November 12, 2010, at 9:30 a.m. at the offices of Nixon Peabody LLP in San Francisco.

(d)     Kicenski's counsel shall (i) email to HERC's counsel copies of Kicenski's responses to HERC's Interrogatories (Set One) and Requests for Production of Documents (Set One), (ii) serve the original responses by regular mail, and (iii) serve by hand delivery any responsive documents, no later than 5:00 p.m. on November 11, 2010.

(e)     HERC shall produce Mark Hobson and James Herlitz for deposition no later than November 17, 2010, at the offices of Nixon Peabody LLP in San Francisco or at such other location as Kicenski and HERC may mutually agree.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

-2-

1

       (f)     The Court's November 2, 2010 Order shall otherwise remain in full force and

2

       effect until the conclusion of the preliminary injunction hearing.

3

4   IT IS SO STIPULATED.

5   DATED: November 8, 2010                  NIXON PEABODY LLP

6

7                                              By: _____

8                                              Charles M. Dyke
                                              Attorneys for Plaintiff

9                                              HERTZ EQUIPMENT RENTAL
                                              CORPORATION

10

11  DATED: November 8, 2010                PARTON SELL RHOADES

12

13                                              By: _____

14                                              James E. Sell
                                              Attorneys for Defendant

15                                              FRED KICENSKI

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

17

18  Dated: __November 9, 2010.__

19                                              WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

-3-