1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HERTZ EQUIPMENT RENTAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON USEDA, FRED KICENSKI, and DOES 1 through 20,<br><br>Defendants. | Case No. CV-3:10-4953 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT FRED KICENSKI;** [PROPOSED] **ORDER**<br><br>[F.R.C.P. 41(a)(1)]<br><br>Complaint Filed:  November 2, 2010<br>Trial Date:        None set |
|---|---|

CASE NO. CV-10-4953 WHA

IT IS HEREBY STIPULATED by and between Plaintiff HERTZ EQUIPMENT RENTAL CORPORATION ("HERC") and Defendant FRED KICENSKI ("KICENSKI"), by and through their counsel of record herein, that all claims in the above-captioned action against KICENSKI shall be and hereby are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

~~HERC AND KICENSKI FURTHER STIPULATE that, pursuant to the Stipulated Permanent Injunction as to Defendant Fred Kicenski, and Order thereon, entered by the Court on November 30, 2010, the Court shall retain jurisdiction over the enforcement of the terms of the Settlement Agreement between HERC and KICENSKI for a period of three years.~~

The court shall NOT maintain jurisdiction over the enforcement of the settlement between the parties.

DATED: December 6, 2010

NIXON PEABODY LLP

By: /s/ Charles M. Dyke
Charles M. Dyke
Attorney for Plaintiff
HERTZ EQUIPMENT RENTAL CORPORATION

DATED: December 6, 2010

PARTON SELL RHOADES

By: /s/ James E. Sell
James E. Sell
Attorneys for Defendant
FRED KICENSKI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 7, 2010.

Hon. William H. Alsup
United States District Judge