1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | HERTZ EQUIPMENT RENTAL           | Case No. CV-3:10-4953 WHA
   | CORPORATION,                     |
12 |                                  | **STIPULATION OF DISMISSAL WITH
   |              Plaintiff,          | PREJUDICE OF ALL CLAIMS AGAINST
13 |                                  | DEFENDANT RAMON USEDA;**
   |     vs.                          | ~~[PROPOSED]~~ **ORDER**
14 |                                  |
   | RAMON USEDA, FRED KICENSKI, and  |
15 | DOES 1 through 20,               | [F.R.C.P. 41(a)(1)]
   |                                  |
16 |              Defendants.         |
   |                                  | Complaint Filed:   November 2, 2010
17 |                                  | Trial Date:        None set

18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL
CLAIMS AGAINST DEFENDANT RAMON USEDA;
~~[PROPOSED]~~ ORDER – CASE NO. CV-10-4953 WHA

13263625.2

1     IT IS HEREBY STIPULATED by and between Plaintiff HERTZ EQUIPMENT RENTAL CORPORATION ("HERC"), by and through its counsel of record herein, and Defendant RAMON USEDA ("USEDA") that all claims in the above-captioned action against USEDA, and that the entire action, shall be and hereby are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

    HERC AND USEDA FURTHER STIPULATE that, under the Stipulated Permanent Injunction as to Defendant Ramon Useda, and Order thereon, entered by the Court on January 11, 2011, the Court shall retain jurisdiction over the enforcement of the terms of the Settlement Agreement between HERC and USEDA for a period of three years.

**THE CLERK SHALL CLOSE THE FIILE.**

DATED: January 12, 2011      NIXON PEABODY LLP

By: /s/ Charles M. Dyke
    Charles M. Dyke
    Attorney for Plaintiff
    HERTZ EQUIPMENT RENTAL CORPORATION

DATED: January 7, 2011

/s/ Ramon Useda
Ramon Useda

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 13, 2011.      _____
    Hon. William H. Alsup
    United States District Judge

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL
CLAIMS AGAINST DEFENDANT RAMON USEDA;
[PROPOSED] ORDER – CASE NO. CV-10-4953 WHA

13263625.2