IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTZ EQUIPMENT RENTAL CORPORATION,<br><br>          Plaintiff,<br><br>  v.<br><br>RAMON USEDA, FRED KICENSKI, and DOES 1 through 20,<br><br>          Defendants.<br>_____ / | No. C 10-04953 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE