CHARLES M. DYKE (SBN 183900)
cdyke@nixonpeabody.com
MATHEW J. FRANKEL (SBN 256633)
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Plaintiff
HERTZ EQUIPMENT RENTAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTZ EQUIPMENT RENTAL CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>RAMON USEDA, FRED KICENSKI, and DOES 1 through 20,<br><br>            Defendants. | Case No. CV-3:10-4953 WHA<br><br>**[PROPOSED] CORRECTED JUDGMENT** |

1  WHEREAS, on November 30, 2010 and on January 11, 2011, the Court entered stipulated
2  permanent injunctions against defendants Fred Kicenski and Ramon Useda, respectively;
3  WHEREAS, on December 7, 2010 and on January 12, 2011, the Court entered orders of
4  dismissal of the claims against defendants Fred Kicenski and Ramon Useda, respectively;
5  WHEREAS, on January 13, 2011, the Court entered final judgment in this case but the order
6  **inadvertently** granted judgment in favor of defendants, rather than in favor of plaintiff, who
7  prevailed.
8  NOW, THEREFORE, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, for the
9  reasons stated above and contained in the stipulated permanent injunctions and the orders of
10 dismissal, the final judgment entered on January 13, 2011 is hereby CORRECTED to make clear that
11 FINAL JUDGMENT WAS AND HEREBY IS ENTERED **in favor of plaintiff** and **against**
12 **defendants.** The Clerk SHALL CLOSE THE FILE.

**IT IS SO ORDERED**.

Dated: January __, 2011

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] CORRECTED JUDGMENT – CASE NO. CV-10-4953 WHA          13263625.2

# PROOF OF SERVICE

**CASE NAME:** *Hertz Equipment Rental Company vs. Ramon Useda, et al*
**COURT:**  United States District Court, Northern District of California
**CASE NO.:**  CV-10-4953

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On this date, I served the following document(s):

## [PROPOSED] CORRECTED JUDGMENT

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

  X  : <u>By First-Class Mail</u> — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

<u>Addressee(s)</u>:

Ramon Useda
1400 Hellings Ave
Richmond, CA 94801
ruseda@sunstateequip.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2011, at San Francisco, California.

/s/ *Rosa Mangin*

- 3 -

[PROPOSED] CORRECTED JUDGMENT – CASE NO. CV-10-4953 WHA

13263625.2