IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERTZ EQUIPMENT RENTAL CORPORATION,

    Plaintiff,

  v.

RAMON USEDA, FRED KICENSKI, and DOES 1 through 20,

    Defendants.
                                       /

No. C 10-04953 WHA

**CORRECTED JUDGMENT**

This action was filed on November 2, 2010. On November 20, 2010, a stipulated permanent injunction was entered against defendant Fred Kicenski. On December 7, 2010, a stipulated dismissal with prejudice of all claims in this action against defendant Kicenski was entered. On January 11, 2011, a stipulated permanent injunction was entered against defendant Ramon Useda. On January 13, 2011, a stipulated dismissal with prejudice of all claims in this action against defendant Useda and of the entire action was entered.

On January 13, 2011, judgment was entered in favor of defendants and against plaintiff. Because plaintiff obtained these permanent injunctions before dismissing its claims, the judgment is corrected as follows.

*Except for the stipulated permanent injunctions entered against defendants Fred Kicenski and Ramon Useda and in favor of plaintiff Hertz Equipment Rental Corporation*, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.

The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2